583 A.2d 344

KELLY ANN APGAR v. LEDERLE LABORATORIES, ETC.

March 20, 1990.

Leave to appeal granted.

583 A.2d 345

EXATRON TOOL AND DIE CORPORATION v. J. PRINCE AGENCY, INC.

March 26, 1990.

Petition for certification denied.

583 A.2d 345

BIBI WEINISCH, A/K/A BOB WAYNE v. THOMAS E. SAWYER.

March 26, 1990.

Petition for certification granted. (See 237 *N.J.Super.* 195, 567 *A.*2d 259)

583 A.2d 345

BIBI WEINISCH, A/K/A BOB WAYNE v. THOMAS E. SAWYER.

March 26, 1990.

Cross–Petition for certification granted. (See 237 *N.J.Super.* 195, 567 *A.*2d 259)